UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARLENE CAMPBELL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE CITY & COUNTY SUPERVISORS, et al.,<br><br>　　　　Defendants. | Case No: C 09-2390 SBA<br><br>DISMISSAL ORDER |

　　　Plaintiff Arlene Campbell filed the instant action pro se, against the San Francisco Board of Supervisors, among others, on May 29, 2009.  The case was assigned to Magistrate Judge Bernard Zimmerman, who dismissed the complaint with leave to amend, pursuant to 28 U.S.C. § 1915(e)(2)(B).  Plaintiff failed to file an amended complaint by the July 31, 2009 deadline nor did she seek an extension of time to do so.  On August 18, 2009, Magistrate Judge Zimmerman issued a Recommendation of Dismissal (Docket 5) in which he recommended dismissing the action on the ground that Plaintiff failed to amend her complaint as ordered.  He ordered the case reassigned to a district judge to review his recommendation.  Upon reassignment, this Court has reviewed the file and concurs in the recommendation.  Accordingly, the Court hereby adopts the Recommendation of Dismissal and DISMISSES the action without further leave to amend.  The Clerk shall close the file and terminate any pending matters.

　　　IT IS SO ORDERED.


Dated: October 13, 2009　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CAMPBELL et al,

       Plaintiff,

 v.

THE CITY & COUNTY SUPERVISORS et al,

       Defendant.
_____/

Case Number: CV09-02390 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arlene Campbell
1388 Haight Street, #8
San Francisco, CA 94117

Dated: October 13, 2009
                                                   Richard W. Wieking, Clerk

                                                   By: LISA R CLARK, Deputy Clerk